IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
NOV 13 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–15–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LISA LYNN BOYD, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on October 24, 2018. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Lisa Lynn Boyd's guilty plea after Boyd appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to being a felon in possession of firearms in

1

violation of 18 U.S.C. § 922(g)(1) as set forth in the Indictment. Defendant also admits to the forfeiture allegation in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 35), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Lisa Lynn Boyd's motion to change plea (Doc. 20) is GRANTED and Lisa Lynn Boyd is adjudged guilty as charged in the Indictment.

DATED this 13th day of November, 2018.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court